1  Matthew A. Holian (SBN 211728)
   DLA Piper LLP (US)
2  33 Arch Street, 26th floor
   Boston, MA 02110-1447
3  Telephone:  (617) 406-6009
4  Facsimile:  (617) 406-6109
   Email:  Matt.Holian@dlapiper.com
5
   George J. Gigounas (SBN 209334)
6  DLA Piper LLP (US)
7  555 Mission Street, Suite 2400
   San Francisco, CA 94105-2933
8  Telephone:  (415) 615-6005
   Facsimile:  (415) 659-7305
9  Email:  George.Gigounas@dlapiper.com

10 Attorneys for Defendant
   Pfizer Inc.
11

12 [SEE ADDITIONAL COUNSEL ON NEXT PAGE]

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18
19 JOAO DELGADO,                  Case No.: 3:16-cv-01464-~~EMC~~ RS

20              Plaintiff,

21        v.                       **STIPULATION AND ~~[PROPOSED]~~
                                   ORDER CONTINUING DEADLINE TO
22 PFIZER, INC.                    RESPOND TO COMPLAINT**

23              Defendant.

24

25

26

27

28

                              1

1  Will Seek Admission Pro Hac Vice:
   Joseph G. Petrosinelli
2  John E. Joiner
   Williams & Connolly LLP
3  725 12th Street NW
4  Washington, DC 20005
   Telephone: (202) 434-5000
5  Facsimile: (202) 434-5029
   Email: jpetrosinelli@wc.com
6  Email: jjoiner@wc.com

7
   Loren H. Brown
8  DLA Piper LLP (US)
   1251 Avenue of the Americas, 27th floor
9  New York, NY 10020
   Telephone: (212) 335-4500
10 Facsimile: (212) 335-4501
   Email: Loren.Brown@dlapiper.com
11
12 Attorneys for Defendant Pfizer Inc.

13

14 Rachel B. Abrams (SBN 209316)
   Meghan McCormick (SBN 283853)
15 LEVIN SIMES LLP
   44 Montgomery Street, 32nd Floor
16 San Francisco, CA 94104
   Telephone: (415) 426-3000
17 Facsimile: (415) 426-3001
   Email: rabrams@levinsimes.com
18 Email: mmccormick@levinsimes.com

19
   Will Seek Admission Pro Hac Vice:
20 Ernest Cory
   B. Kristian W. Rasmussen III
21 Mary C. Wheeler
   Lauren S. Miller
22 Cory Watson, P.C.
   2131 Magnolia Avenue
23 Birmingham, AL 35205
24 Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
25 Email: ecory@corywatson.com
   Email: krasmussen@corywatson.com
26 Email: mwheeler@corywatson.com
27 Email: lmiller@corywatson.com

28 Attorneys for Plaintiff

1  Plaintiff and Defendant stipulate that the date for Defendant to respond to the Complaint
2  shall be extended to April 30, 2016.  In support of this request, the parties state:

3  This is one of a number of lawsuits filed in various federal courts alleging that the
4  plaintiff's use of Viagra caused him to develop melanoma.  On December 11, 2015, several of
5  these plaintiffs filed a petition with the Judicial Panel on Multidistrict Litigation ("JPML"),
6  requesting that all such lawsuits be coordinated for pretrial purposes in an MDL proceeding, and
7  suggesting that the MDL be established in the Northern District of California.

8  On December 22, 2015, Defendant responded to the petition, agreeing that an MDL
9  proceeding would be appropriate and that the Northern District of California would be an
10 appropriate venue for the MDL.

11 Plaintiff's petition was heard at the JPML hearing on March 31, 2016 in Santa Barbara,
12 California.  To date, the JPML has not issued a decision on the coordination of these lawsuits.

13 To ensure that the Court and the parties do not needlessly expend resources before the
14 JPML decides which court and judge will preside over the expected MDL proceeding, the parties
15 believe it is sensible to extend the time for Defendant to respond to Plaintiff's Complaint to April
16 30, 2016.  By that date, the parties expect that an MDL proceeding will be established, and that
17 the MDL court will later establish a global process for the filing of and responses to complaints.

19 DATED: April 1, 2016          By:____/s/ Rachel B. Abrams_____
                                  Rachel B. Abrams (SBN 209316)
20                                Meghan E. McCormick (SBN 283853)
                                  LEVIN SIMES LLP
21                                44 Montgomery Street, 32nd Floor
                                  San Francisco, CA 94104
22                                Telephone: (415) 426-3000
23                                Facsimile: (415) 426-3001
                                  Email: rabrams@levinsimes.com
24                                Email: mmccormick@levinsimes.com

25                                *Attorneys for Plaintiff*

27 DATED: April 1, 2016          By:____/s/ Matthew A. Holian_____
                                  Matthew A. Holian (SBN 211728)
28                                DLA PIPER LLP (US)

33 Arch Street, 26th floor
Boston, MA 02110-1447
Telephone: (617) 406-6009
Facsimile: (617) 406-6109
Email:  Matt.Holian@dlapiper.com

George J. Gigounas (SBN 209334)
DLA PIPER LLP (US)
555 Mission Street Suite 2400
San Francisco, California  94105-2933
Telephone: (415) 615-6005
Facsimile: (415) 659-7305
Email:  George.Gigounas@dlapiper.com

*Attorneys for Defendant Pfizer Inc.*

1  I, Matthew A. Holian, am the ECF user whose identification and password are being used to file
2  the foregoing Stipulation and [Proposed] Order Continuing Deadline to Respond to Complaint.  I
3  hereby attest that the above-referenced signatory to this stipulation has concurred in this filing.

                                                      /s/ Matthew A. Holian
                                                      MATTHEW A. HOLIAN

# ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED:

The time for Defendant Pfizer Inc. to respond to Plaintiff's complaint in this action is continued until April 30, 2016.

Dated: __4/5_____, 2016

By: _____/s/ Richard Seeborg_____
Honorable ~~Edward M. Chen~~ Richard Seeborg
United States District Court Judge